**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**FREDERICK PENNINGTON, JR**                                         **PLAINTIFF**

**v.**                               **Case No. 4:23-CV-00199-LPR**

**DEXTER PAYNE, Director, Arkansas**
**Department of Correction, et al.**                          **DEFENDANTS**

**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the underlying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 2nd day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).